UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: | ) |
|  | ) |
|  | ) CASE NO.: 23-54260-TJ23 |
| PRINCESS DESIREE BROWN, | ) |
|  | ) CHAPTER 13 |
|      DEBTOR. | ) |
|  | ) JUDGE WENDY L. HAGENAU |
| ------------------------------------------------- | ) |
|  | ) |
| MELISSA J. DAVEY, | ) |
| STANDING CHAPTER 13 TRUSTEE, | ) |
|     Movant, | ) |
|  | ) |
| v. | ) CONTESTED MATTER |
|  | ) |
| PRINCESS DESIREE BROWN, | ) |
|     Respondent. | ) |
|  | ) |
| ------------------------------------------------- | ) |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1. Debtor failed to attend the 11 U.S.C. Section 341 hearing.

2. The Debtor has failed to pay the Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. Section 1326.

3. The Debtor has failed to file an Employment Deduction Order.

4. In accordance with General Order Nos. 18-2015, 22-2017, and/or 42-2020 and the Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's anticipated part-time income of $1,500.00 and hair reselling income of $750.00 to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

5. The Debtor has failed to provide the Trustee with a copy of the federal income tax return for the most recent tax year ending immediately before the commencement of the instant case in violation of 11 U.S.C. Section 521(e)(2)(A)(i). As the Debtor has failed to submit the last filed tax return to the Trustee prior to the meeting of creditors, the Trustee requires a sworn statement by the Debtor, in addition to the tax return, that the tax return provided is a true copy of the most recent tax return filed.

6. The Chapter 13 Plan appears to be infeasible because the budget in the Schedules fails to include an expense for cost of hair products purchased for resale income. 11 U.S.C. Section 1325(a)(6).

7. The Trustee requests proof of the expense for residential rent in the amount of $1,262.00 on Debtor's Schedules in order to determine whether the Plan complies with 11 U.S.C. Sections 1325(a)(6) and 1325(b)(1)(B).

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated: June 30, 2023

/s/Mandy K. Campbell
Mandy K. Campbell
Attorney for the Chapter 13 Trustee
GA Bar No. 142676
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:  (678) 510-1444
Facsimile:  (678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 23-54260-TJ23 |
| PRINCESS DESIREE BROWN, | CHAPTER 13 |
| DEBTOR. | JUDGE WENDY L. HAGENAU |
| ------------------------------------------------------------- | |
| MELISSA J. DAVEY,<br>STANDING CHAPTER 13 TRUSTEE,<br>    Movant, | |
| v. | CONTESTED MATTER |
| PRINCESS DESIREE BROWN,<br>    Respondent. | |
| ------------------------------------------------------------- | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the June 30, 2023, I electronically filed the foregoing Chapter 13 Chapter 13 Trustee's Objection to Confirmation & Motion to Dismiss with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

DEBTOR:
PRINCESS DESIREE BROWN
705 CHASE VILLAGE DR
JONESBORO, GA  30236

Dated: June 30, 2023 /s/Mandy K. Campbell
Mandy K. Campbell
Attorney for the Chapter 13 Trustee
GA Bar No. 142676
  233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:    (678) 510-1444
Facsimile:    (678) 510-1450
mail@13trusteeatlanta.com